IN THE SUPREME COURT OF THE STATE OF DELAWARE

FLORENCE MARSHALL-EGAN,[1]

    Petitioner Below,
    Appellant,

v.

ROBERT MARSHALL-EGAN,

    Respondent Below,
    Appellee.

§
§ No. 61, 2025
§
§ Court Below–Family Court
§ of the State of Delaware
§
§ File No. CK24-01812
§ Petition No. 24-16448
§
§
§
§

## ORDER

On April 16, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant, Florence Marshall-Egan, directing her to show cause why this appeal should not be dismissed for her failure to pay the Family Court appeal-preparation fee. On May 8, 2025, the notice was returned to the Court as unclaimed and unable to be forwarded. To date, Marshall-Egan has not responded to the notice to show cause, paid the Family Court appeal-preparation fee, or provided the Court with an updated address. Under the circumstances, dismissal of this appeal is deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice